# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Daniel Rubio-Lopez**<br>DOB: 1999; Lopez | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>17-04474MJ |

Complaint for violation of Title 8, United States Code §§ 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(i); 1325; 18 USC § 2

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about September 13, 2017, at or near Ajo, in the District of Arizona, **Daniel Rubio-Lopez**, did knowing or in reckless disregard of the fact that certain aliens, including Jose Antonio Nunez-Reyes and Juan De Dios Romero-Romero, had not received prior official authorization to come to, enter, or reside in the United States, did bring to or attempt to bring to the United States said aliens, in any manner whatsoever, regardless of any official action which may later be taken with respect to such aliens, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Section § 1324(a)(2)(B)(ii)**.

**COUNT 2 (Misdemeanor)** On or about September 13, 2017, at or near Ajo, in the District of Arizona, **Daniel Rubio-Lopez,** did unlawfully aid and abet certain illegal aliens, namely Jose Antonio Nunez-Reyes and Juan De Dios Romero-Romero, to elude examination and inspection by Immigration Officers of the United States of America; in violation of **Title 8, United States Code, Section 1325** and **Title 18, United States Code, Section 2**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about September 13, 2017, at or near Ajo, in the District of Arizona, United States Border Patrol Agents (BPA) encountered a four subjects near "Black Mountain." BPA identified the members of the group as **Daniel Rubio-Lopez,** Jose Antonio Nunez-Reyes, Juan De Dios Romero-Romero, and a juvenile. BPA determined that all four subjects were in the United States illegally.

The material witnesses, Jose Antonio Nunez-Reyes and Juan De Dios Romero-Romero, said they made arrangements to be smuggled to the United States in exchange for money. Nunez and Romero identified **Daniel Rubio-Lopez** as the foot guide for their group.

In a post-*Miranda* statement, **Rubio** said that he was going to be paid $800 per person that he successfully smuggled into the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Jose Antonio Nunez-Reyes and Juan De Dios Romero-Romero

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA RW  RW<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME:<br>U.S. Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>September 14, 2017 |

1) See Federal Rules of Criminal Procedure Rules 3 and 54